```
AVSO300                    ALABAMA JUDICIAL DATA CENTER
                              RUSSELL     COUNTY

                                    SUMMONS
                                                      CV 2006 000030.00
                                                      ALBERT L. JOHNSON
```

```
           IN THE CIRCUIT   COURT OF  RUSSELL        COUNTY
CYNTHIA GEIGER    ET AL   VS  RYAN FULLER SMALLWOOD
      SERVE ON: (D001)

                                         PLAINTIFF'S ATTORNEY

   SMALLWOOD RYAN FULLER                 PARR BENJAMIN HOWARD
   973 LISMORE DRIVE                     P O BOX 1971

    COLUMBUS       ,GA  31904-0000       TUSCALOOSA     ,AL  35403-0000
```

TO THE ABOVE NAMED DEFENDANT:

 THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

 THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(X)  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

```
DATE: 01/30/2006              CLERK:KATHY COULTER           BY:
                                    PO BOX 518
                                    PHENIX CITY  AL  36868-0510
                                    (334)298-0516
```

RETURN ON SERVICE:

( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
     (RETURN RECEIPT HERETO ATTACHED)

( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
     COMPLAINT TO _____
     IN _____ COUNTY, ALABAMA ON (DATE) _____

_____        _____
DATE                                  SERVER SIGNATURE

_____        _____
SERVER ADDRESS                        TYPE OF PROCESS SERVER

OPERATOR: ANL
PREPARED: 01/30/2006

# IN THE CIRCUIT COURT
# FOR RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| **CYNTHIA GEIGER** and | ) |
| | ) |
| **CRYSTAL DAVIS,** | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| V. | ) CIVIL ACTION NO. CV-06-30 |
| | ) |
| | ) |
| **RYAN FULLER SMALLWOOD,** | ) |
| | ) |
| DEFENDANT. | ) |

## COMPLAINT

COMES NOW the Plaintiffs, ***CYNTHIA GEIGER AND CRYSTAL DAVIS***, by and through their attorney Benjamin H. Parr, and allege the following:

1. Plaintiff Cynthia Geiger is an adult over the age of nineteen (19) years of age, and a resident of Russell County, Alabama.

2. Plaintiff Crystal Davis is an adult over the age of nineteen (19) years of age and a resident of Russell County, Alabama.

3. Defendant Ryan Smallwood is, on information and belief, a resident of Muscogee County, Georgia over the age of nineteen (19) years of age.

4. On or about 24 September 2004, upon a public highway, U.S Highway 431, Phenix City, Russell County, Alabama, the Defendant negligently and or wantonly caused or allowed a motor vehicle driven by Defendant to collide with a motor vehicle driven by Plaintiff Cynthia Geiger and occupied by Plaintiff Crystal Davis.

5. As a proximate result of the Defendant's said negligence and or wantonness, the Plaintiffs were caused to incur medical expenses in excess of $25,000.

6. As a proximate result of the Defendant's said negligence and or wantonness, the Plaintiffs will incur future medical expenses for treatment of injuries caused by Defendant's negligence.

7. As a proximate result of the Defendant's said negligence and or wantonness, the Plaintiffs were caused to experience physical pain and suffering, and will continue to experience physical pain and suffering in the future.

8. As a proximate result of the Defendant's said negligence and or wantonness, the Plaintiffs were caused to suffer mental distress and anguish and will continue to suffer mental distress and anguish in the future.

WHEREFORE, Plaintiffs demand judgment against Defendant in the amount of $200,000 plus costs, interest, attorney's fees, and any other relief to which Plaintiff may be entitled and the Court deems just and proper.

*Benjamin H. Parr*
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff


Benjamin H. Parr
PO Box 229
Opelika, AL 36803
(334) 745-3333