IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAR -1  A 9: 53

| | |
|---|---|
| CYNTHIA GEIGER and CRYSTAL DAVIS, | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NUMBER: |
| | 3:06CV194-A |
| RYAN FULLER SMALLWOOD, | * |
| Defendant. | * |

## CERTIFICATE

I, Stanley A. Martin, the attorney for the Defendant Ryan Fuller Smallwood, in the above-styled cause, do hereby certify that I have on this 28 day of February, 2006, served a copy of this Notice of Removal for the above-styled cause from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division, upon the Honorable Benjamin H. Parr, attorney for the Plaintiff, by mailing a copy of the same to his proper mailing address of Post Office Box 229, Opelika, Alabama 36803.

I do further certify that I have this 28 day of February, 2006, served a copy of the Notice of Removal with the Clerk of the Circuit Court of Russell County, Alabama, by mailing a copy of said Notice of Removal to The Honorable Kathy Coulter, Clerk of the Circuit Court of Russell County, Alabama, to her proper mailing address of Post Office Box 518, Phenix City, Alabama 36868-0518.

_____
Stanley A. Martin (MAR049)
Attorney for Defendant Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER and CRYSTAL DAVIS, | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NUMBER: |
| RYAN FULLER SMALLWOOD, | * |
| Defendant. | * |

TO THE HONORABLE BENJAMIN H. PARR:

Please take notice that the undersigned, as attorney for the Defendant Ryan Fuller Smallwood in the above-styled cause, has this 28 day of February, 2006, filed a Notice of Removal in the United States District Court for the Middle District of Alabama, Eastern Division, removing from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division, that certain cause wherein Cynthia Geiger and Crystal Davis are the Plaintiffs and Ryan Fuller Smallwood is the Defendant, and that the Notice of Removal constitutes a removal of said cause from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division. This Notice herein is given in compliance with 28 U.S.C. Section 1446.

_____
Stanley A. Martin (MAR049)
Attorney for Defendant Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAR -1  A 9: 53

| | |
|---|---|
| CYNTHIA GEIGER and CRYSTAL DAVIS, | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NUMBER: |
| RYAN FULLER SMALLWOOD, | * |
| Defendant. | * |

TO THE HONORABLE KATHY COULTER, CLERK OF THE
CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA:

Please take notice that the undersigned, as attorney for the Defendant Ryan Fuller Smallwood in the above-styled cause, has this 2 8 day of February, 2006, filed a Notice of Removal in the United States District Court for the Middle District of Alabama, Eastern Division, removing from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division, that certain cause wherein Cynthia Geiger and Crystal Davis are the Plaintiffs and Ryan Fuller Smallwood is the Defendant, and that the Notice of Removal constitutes a removal of said cause from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division. This Notice herein is given in compliance with 28 U.S.C. Section 1446.

_____
Stanley A. Martin (MAR049)
Attorney for Defendant Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX