# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER and | ) |
| CRYSTAL DAVIS, | ) |
| PLAINTIFFS | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| RYAN FULLER SMALLWOOD, | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE

COMES NOW the Plaintiffs, *CYNTHIA GEIGER AND CRYSTAL DAVIS*, by and through their attorney Benjamin H. Parr, and responds to Defendant's Motion to Strike as follows:

1. Plaintiffs do not oppose Defendant's Motion to Strike.

Respectfully submitted this the 20th day of March 2006.

Benjamin H. Parr (PAR-112)
Attorney for Plaintiff

Benjamin H. Parr
PO Box 229
Opelika, AL 36803
(334) 745-3333

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day delivered a true and correct copy of the foregoing Response to Motion to Strike to Hon. Stan Martin by placing a copy of thee same in the U.S. Mail, properly addressed to him on this the _20th_ day of March 2006.

Benjamin H. Parr
Attorney at Law
P.O. Box 229
Opelika, Alabama 36803
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155