IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv194-WHA |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Plaintiffs having filed a response stating that they do not oppose Defendant's Motion to Strike, the Motion to Strike (Doc. #4) is GRANTED, and it is hereby

ORDERED that the claim for attorney's fees contained in the Complaint is STRICKEN.

DONE this 21st day of March, 2006.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE