IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER and CRYSTAL DAVIS, | * |
| Plaintiffs, | * |
| v. | * CIVIL ACTION NO.: 3:06cv194-WHA |
| RYAN FULLER SMALLWOOD, | * |
| Defendant. | * |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff Crystal Davis, by and through her attorney of record, and the Defendant Ryan Fuller Smallwood, by and through his attorney of record, and jointly move the Court to dismiss with prejudice all claims of the Plaintiff Crystal Davis against the Defendant Ryan Fuller Smallwood, and as grounds in support thereof states that this matter has been amicably resolved as to the Defendant Ryan Fuller Smallwood by the Plaintiff Crystal Davis only. The Plaintiff Cynthia Geiger intends for this action to proceed against the Defendant Ryan Fuller Smallwood. Court costs have previously been paid, and no Court costs should be taxed against either party.

_____
Benjamin H. Parr (PAR112)
Attorney for Plaintiff Crystal Davis

410 Second Avenue
Opelika, Alabama 36801
(334) 745-3333
(334) 745-3155 FAX

/s/ Stanley A. Martin
_____
Stanley A. Martin (MAR049)
Attorney for Defendant Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX