IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CYNTHIA GEIGER and CRYSTAL DAVIS,    )
                                      )
    Plaintiffs,                       )
                                      )
vs.                                   )    CIVIL ACTION NO. 3:06cv194-WHA
                                      )
RYAN FULLER SMALLWOOD,                )
                                      )
    Defendant.                        )

## ORDER

Upon consideration of the Joint Motion to Dismiss with Prejudice (Doc. #11), filed by the Plaintiff Crystal Davis and the Defendant on November 27, 2006, and for good cause shown, it is hereby ORDERED as follows:

1. The motion is GRANTED.

2. All claims of the Plaintiff Crystal Davis against the Defendant Ryan Fuller Smallwood are DISMISSED with prejudice, costs taxed as paid.

3. This case shall proceed on all claims of the Plaintiff Cynthia Geiger against the Defendant.

DONE this 28th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE