IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

CYNTHIA GEIGER,  :
　　　　　　　　　　　　　　　　　　　　　　　:
　　Plaintiff,  :　　Civil Action Number:
　　　　　　　　　　　　　　　　　　　　　　　:
V.  :　　3:06cv194-WHA
　　　　　　　　　　　　　　　　　　　　　　　:
RYAN FULLER SMALLWOOD,  :
　　　　　　　　　　　　　　　　　　　　　　　:
　　Defendant.  :

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

To: Clerk of U.S. District Court, Middle District of Alabama, Eastern Division:

Please take notice that on the 5th day of February 2007,

　　__X__　1. A notice to take the deposition of Dr. William Adams
　　_____　2. Interrogatories
　　_____　3. Request for Admissions
　　_____　4. Consolidated First Interrogatories and Request for Production
　　_____　5. Answers to Interrogatories
　　_____　6. Response to Request for Admissions
　　_____　7. Response to Request for Production
　　_____　8. Notice of Intent to Serve a Subpoena on a Non-Party

Was served on Attorney for Defendant, Hon. Stanley Martin.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Benjamin H. Parr　(PAR-112)
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　410 Second Avenue
　　　　　　　　　　　　　　　　　　　　Opelika AL 36801
　　　　　　　　　　　　　　　　　　　　(334) 745-3333
　　　　　　　　　　　　　　　　　　　　Fax (334) 745-3155
　　　　　　　　　　　　　　　　　　　　irp@bellsouth.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day mailed a true and correct copy of the foregoing NOTICE OF SERVICE OF DISCOVERY DOCUMENTS to the parties listed below by placing a copy of the same in the United States mail, postage pre-paid and properly addressed on this the 5th day of February 2007.

_____
Benjamin H. Parr  (PAR-112)
Attorney for Plaintiff
410 Second Avenue
Opelika, Alabama 36801
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155
irp@bellsouth.net

Hon. Stanley Martin
Attorney for Defendant
P.O. Box 2526
Opelika AL 36803