IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | : |
| Plaintiff, | : Civil Action Number: |
| V. | : 3:06cv194-WHA |
| RYAN FULLER SMALLWOOD, | : |
| Defendant. | : |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

To: Clerk of U.S. District Court, Middle District of Alabama, Eastern Division:

Please take notice that on the 5th day of February 2007,

    __X__ 1. A notice to take the deposition of Ryan Fuller Smallwood
    _____ 2. Interrogatories
    _____ 3. Request for Admissions
    _____ 4. Consolidated First Interrogatories and Request for Production
    _____ 5. Answers to Interrogatories
    _____ 6. Response to Request for Admissions
    _____ 7. Response to Request for Production
    _____ 8. Notice of Intent to Serve a Subpoena on a Non-Party

Was served on Attorney for Defendant, Hon. Stanley Martin.

Benjamin H. Parr   (PAR-112)
Attorney for Plaintiff
410 Second Avenue
Opelika AL 36801
(334) 745-3333
Fax (334) 745-3155
irp@bellsouth.net

## CERTIFICATE OF SERVICE

  I do hereby certify that I have on this day mailed a true and correct copy of the foregoing NOTICE OF SERVICE OF DISCOVERY DOCUMENTS to the parties listed below by placing a copy of the same in the United States mail, postage pre-paid and properly addressed on this the 5th day of February 2007.

              Benjamin H. Parr  (PAR-112)
              Attorney for Plaintiff
              410 Second Avenue
              Opelika, Alabama 36801
              Telephone Number: (334) 745-3333
              Facsimile Number: (334) 745-3155
              irp@bellsouth.net

Hon. Stanley Martin
Attorney for Defendant
P.O. Box 2526
Opelika AL 36803