**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 6, 2007

# NOTICE OF NON-COMPLIANCE

To:   ALL COUNSEL OF RECORD

**Case Style: Geiger et al v. Smallwood**

**Case Number: 3:06cv194-WHA**

**Referenced Pleading: Notices**

**Docket Entry Number: #16 and #17**

**The referenced pleadings electronically filed on 2/5/06 were filed in error. These pleadings are discovery and are STRICKEN from the record.**