IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, *et al.*, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:06cv194-WHA |
| ) | |
| RYAN FULLER SMALLWOOD ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Motion for a Qualified Protective Order (Doc. #20) filed on March 5, 2007, and for good cause, it is

ORDERED that Plaintiff shall show cause in writing on or before March 13, 2007, as to why the motion should not be granted.

DONE this 6th day of March 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE