IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, *et al.*, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:06cv194-WHA |
| ) | |
| RYAN FULLER SMALLWOOD ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Defendant filed a Motion for a Qualified Protective Order (Doc. #20) on March 5, 2007. The Court issued an order directing Plaintiff to shall show cause in writing on or before March 13, 2007, as to why the motion should not be granted. Plaintiff has not responded to the Court's order (Doc. #21). It is therefore

ORDERED that the motion is GRANTED. It is further

ORDERED that Counsel for all parties are hereby GRANTED the right, upon compliance with the applicable provisions of the Federal Rules of Civil Procedure, to obtain from all health care providers, health plans, insurance companies, or employers all information relating to the past, present, and future physical condition of Plaintiff, as well as all information relating to the provision of health care to Plaintiff and payment for the provision of such health care. This Protective Order is intended to help the parties and third parties who receive Subpoenas from the parties comply with the requirements of the

federal HIPPA Privacy Rules, 45 C.F.R. § 164.512(3), as a Qualified Protective Order under that regulation. This Protective Order expressly authorizes disclosure of protected health information, as defined in the Privacy Rules, by the parties and third parties to counsel for the parties, subject to timely objection according to the notice provision of Federal Rule of Civil Procedure 45. The parties and counsel for the parties may use and disclose such information for the purpose of this proceeding only and are to destroy such information (including all copies made) at the end of litigation.

    Done this 14th day of March, 2007.

                                            /s/ Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE