IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv194-WHA |
| ) | |
| RYAN FULLER SMALLWOOD, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Due to a conflict in the court's schedule, which has been discussed with counsel for the parties, it is hereby

ORDERED that the term of court currently scheduled to commence on May 7, 2007, is RESCHEDULED to commence on Monday, May 14, 2007.

DONE this 6th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE