IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | * |
| | * |
| Plaintiff, | * |
| | *    CIVIL ACTION NO.: 3:06cv194-WHA |
| v. | * |
| | * |
| RYAN FULLER SMALLWOOD, | * |
| | * |
| Defendant. | * |

## DEFENDANT RYAN FULLER SMALLWOOD'S IDENTIFICATION OF DEPOSITION TESTIMONY

The Defendant Ryan Fuller Smallwood submits the following deposition testimony he may offer at the trial of this case. The Defendant may use any depositions or portions thereof, including, but not limited to, the depositions of Cynthia Geiger, Crystal Davis, Ryan Fuller Smallwood, and Dr. William E. Adams.

The Defendant specifically identifies the following deposition testimony:

1.  Dr. William E. Adams' deposition:

    pp. 32-40 (entire cross-exam)

    p. 14, lines 9-23

    p. 15, lines 1-13

    p. 21, lines 21-23

    p. 22, lines 1-23

    p. 23, lines 1-12

    p. 23, lines 13-23

    p. 24, lines 1-23

      p. 25, lines 1-17

      p. 31, lines 6-13

      p. 41, lines 1-7

2.    Plaintiff's deposition:

      pp. 67-69

      pp. 70-73

      p. 79

      pp. 80, 81, 82, 83, 84, 87, 88, 89

      pp. 90, 91, 92, 93, 94, 95, 96, 97, 98

      pp. 104, 105, 106, 108, 109, 110, 111, 112, 120, 121, 132, 157, 158, 168, 169, 170, 171, 174, 175, 176, 178, 180, 181, 184, 185, 187, 188, 189, 190, 191, 192, 194, 195, 196, 197, 198, 199

      pp. 200, 201, 202, 203, 220, 221, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234

The Defendant may use any other portions of the Plaintiff's deposition; however, the Defendant has attempted to list above the most likely pages the Defendant may use.

_____
Stanley A. Martin
Attorney for Defendant
Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served an exact copy of the foregoing Identification of Deposition Testimony upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Benjamin H. Parr
Post Office Box 229
Opelika, Alabama 36803

This 16th day of April, 2007.

_____
Stanley A. Martin