IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA GEIGER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO.: 3:06cv194-WHA |
| v. | * | |
| | * | |
| RYAN FULLER SMALLWOOD, | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT RYAN FULLER SMALLWOOD'S WITNESS LIST

The Defendant Ryan Fuller Smallwood submits the following list of names and addresses of witnesses he may offer at the trial of this case. The Defendant has provided the last known addresses or addresses to the best of the Defendant's knowledge and information. The Defendant will supplement this List if he obtains any better addresses for any witnesses.

The Defendant has attempted to list all witnesses he may offer as a part of the Defendant's evidence, and he has also attempted to anticipate those witnesses needed for rebuttal and impeachment; however, depending on the evidence offered by the Plaintiff at the trial of this cause, there may be the possibility of other rebuttal or impeachment witnesses. In addition, the Defendant may also call any persons whose names are mentioned in any depositions in this case or mentioned or listed on any documents produced by any other party or non-party pursuant to any Subpoena, other discovery, or informally. All of these names are equally available to the Plaintiff. The Defendant may also call any persons whose names are mentioned or listed in any exhibits to any depositions. These names are equally available to the Plaintiff. The Defendant may also call any custodian of records, agents, servants, employees, or representatives of any of the persons, firms, corporations, and agencies referenced below.

The Defendant reserves the right to call rebuttal or impeachment witnesses at trial, including any possible rebuttal expert witnesses. The Defendant also adopts the Plaintiff's Witness List. The Defendant reserves the right to supplement his Witness List.

The list of witnesses is as follows:

1. Ryan Fuller Smallwood
   973 Lismore Drive
   Columbus, Georgia, 31904
   (706) 323-7899

2. Janet F. Smallwood
   973 Lismore Drive
   Columbus, Georgia, 31904
   (706) 323-7899

3. Cynthia Geiger
   28 Iris Road
   Seale, Alabama 36875
   (706) 329-4390

4. Crystal Davis
   28 Iris Road
   Seale, Alabama 36875

5. Corporal Jeffrey Freeman
   Phenix City Police Department
   1111 Broad Street
   Phenix City, Alabama 36867
   (334) 448-2800

6. Cathy McKenzie (p. 99 of Plaintiff's deposition)
   Iris Road
   Seale, Alabama 36875

The list of impeachment witnesses is as follows:

1. Dr. R. Andrew Williams, Dr. Edmund Molnar, Jr., Dr. Fred Roberts, Dr. Charles C. Stamey, Dr. Robert Morgan, Drew Beach, PT, MS, ECS, OCS, Dr. Carolyn Dudley, Dr. Husam Habboub, Dr. Keith Blanks, and/or any healthcare provider from Columbus Regional/The Medical Center, Inc. participating in the care of the Plaintiff at any time
Post Office Box 1040
Columbus, Georgia 31902
(706) 571-1300

2. Any representative of United Healthcare
Post Office Box 740800
Atlanta, Georgia 30374

3. Dr. William E. Adams and/or any healthcare provider participating in the care of the Plaintiff at any time
2300 Manchester Expressway
Building A, Suite 006
Columbus, Georgia 31904
(706) 322-1651

4. Lorie Bradshaw and/or any represenative of GEICO
One GEICO Center
Macon, Georgia 31295-0001
1-800-841-8842 x 1747

5. Dr. Ray B. Paris and/or any healthcare provider from Columbus Clinic, P.C. participating in the care of the Plaintiff at any time
610 19th Street
Columbus, Georgia 31901
(706) 322-7884

6. Sharon Mos and/or any representative of BlueCross BlueShield of Georgia
Post Office Box 7368
Columbus, Georgia 31908-7368

7. Any healthcare provider from Walgreens Pharmacy participating in the care of the Plaintiff at any time
2515 Crawford Road
Phenix City, Alabama 36867
(334) 297-3722

8.  Dr. Ruth D. Snow and/or any healthcare provider from Columbus Diagnostic Center participating in the care of the Plaintiff at any time
    2040 10th Avenue
    Columbus, Georgia 31901
    (706) 322-3000

*Stanley A. Martin*
Attorney for Defendant
Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have served an exact copy of the foregoing Witness List upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Benjamin H. Parr
Post Office Box 229
Opelika, Alabama 36803

This 16th day of April, 2007.

*Stanley A. Martin*