# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
| | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| | ) |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S IDENTIFICATION OF DEPOSITION TESTIMONY TO BE USED AT TRIAL

COMES NOW the Plaintiff, **CYNTHIA GEIGER**, by and through her attorney Benjamin H. Parr, and provides the identifies to the Defendant that she plans to introduce the following portions of the deposition testimony of Dr. William Adams at trial:

Page number and line number

7-4 through 8-17

9-1 through 11-12

12-3 through 19-16

21-21 though 22-21

22-4 through 23-15

23-18 through 24-15

24-18 through 25-12

25-25 through 26-8

26-11 through 26-23

29-1 through 29-9

29-12 through 30-15

27-3 through 28-23 (if necessary)

Respectfully submitted this the 16th day of April 2007.

_____
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day delivered a true and correct copy of the foregoing Notice to the attorney for the Defendant, Stan Martin, by hand delivery on this the 16th day of April 2007.

_____
Benjamin H. Parr
Attorney at Law
410 Second Avenue
Opelika, Alabama 36801
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155