# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S WITNESS LIST

COMES NOW the Plaintiff, **CYNTHIA GEIGER**, by and through her attorney Benjamin H. Parr, and provides the following witness list:

1. Cynthia Geiger
   28 Iris Road
   Seale, Alabama 36875
   (706) 329-4390

Respectfully submitted this the 16th day of April 2007.

_____
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing WITNESS LIST to the attorney for the Defendant, Stan Martin, by hand delivery on this the 16th day of April 2007.

                                          Benjamin H. Parr
                                          Attorney at Law
                                          410 Second Avenue
                                          Opelika, Alabama 36801
                                          Telephone Number: (334) 745-3333
                                          Facsimile Number: (334) 745-3155