# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF PLAINTIFF'S EXHIBITS

COMES NOW the Plaintiff, *CYNTHIA GEIGER*, by and through her attorney Benjamin H. Parr, and provides the following list of Plaintiff's Exhibits:

1. Curriculum Vitae of Dr. William E. Adams, M.D., 7 Pages
2. Medical Records from Dr. Adams, 7 Pages
3. Medical Records from Columbus Regional Medical Center, 44 Pages
4. Plaintiff's Medical Bills, 8 Pages

Respectfully submitted this the 16th day of April 2007.

_____
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing EXHIBIT LIST to the attorney for the Defendant, Stan Martin, by hand delivery on this the 16th day of April 2007.

 

Benjamin H. Parr
Attorney at Law
410 Second Avenue
Opelika, Alabama 36801
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155