# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **CYNTHIA GEIGER,** | ) |
| | ) |
| **PLAINTIFFS** | ) |
| | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| | ) |
| **RYAN FULLER SMALLWOOD,** | ) |
| | ) |
| **DEFENDANT.** | ) |

## OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

COMES NOW the Plaintiff, ***CYNTHIA GEIGER***, by and through her attorney Benjamin H. Parr, and provides the following objections to the Defendant's list of exhibits:

1. Plaintiff is unable to comply with the Court's order and supply itemized objections with legal authority, as Defendant has not submitted a true exhibit list. Many of the documents on Plaintiff's exhibit list, to which the Defendant has generally objected, are included in the litany of document categories provided by Defendant as an exhibit list. Plaintiff cannot provide objections in compliance with the Court's order without a true exhibit list from the Defendant.

Respectfully submitted this the 23rd day of April 2007.

_____//s//_____
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing OBJECTIONS to the attorney for the Defendant, Stan Martin, by hand delivery on this the 23rd April 2007.

                                                                                 _____//s//_____
                                                                             Benjamin H. Parr
                                                                             Attorney at Law
                                                                             410 Second Avenue
                                                                             Opelika, Alabama 36801
                                                                             Telephone Number: (334) 745-3333
                                                                             Facsimile Number: (334) 745-3155