IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv194-WHA |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant Ryan Fuller Smallwood's Objections to Plaintiff's Exhibits (Doc. #31) and Plaintiff's Objections to Defendant's Exhibit List (Doc. #33), it is hereby ORDERED as follows:

1. **No later than April 27, 2007**, counsel for the parties shall meet **in person** and present to opposing counsel copies of each document expected to be offered as an exhibit at trial, pre-marked with exhibit numbers on the exhibit stickers available at the office of the Clerk of Court. Identification of exhibits by categories or general description will not be allowed. Each document to be offered must be separately marked with an exhibit number so that opposing counsel may determine whether to object to the document, in good faith, prior to trial. Counsel shall discuss all exhibits with each other and, to the fullest extent possible, agree on admissibility of documents without the need for further proof. Counsel shall then, **no later than April 27, 2007**, exchange new exhibit lists in which each document to be offered is described and bears an exhibit number. Counsel shall then file their amended exhibit lists with the court, **no later than April 27, 2007**.

      2.  The deadline for filing objections to exhibits, if there are any following the meeting of counsel, setting forth the grounds and legal authorities for objection, is extended **to April 30, 2007**.

      DONE this 24th day of April, 2007.

        /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE