IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA GEIGER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO.: 3:06cv194-WHA |
| v. | * | |
| | * | |
| RYAN FULLER SMALLWOOD, | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT RYAN FULLER SMALLWOOD'S
## LIST OF TRIAL EXHIBITS

| Exhibits | | Offered | Admitted |
|---|---|---|---|

1. Diagram of accident scene attached to Plaintiff's deposition as Exhibit 1

2. Columbus Neurological Associates, P.C. Past Medical History form dated 09/21/89

3. Dr. William E. Adams' office note of 09/22/89

4. St. Francis Hospital MRI of the Cervical Spine dated 09/26/89

5. St. Francis Hospital record of 10/09/89-10/12/89

6. Dr. William E. Adams' office notes dated 10/25/89 and 11/29/89

7. Letter dated 11/29/89 from Dr. William E. Adams to Dr. Hilton E. Smith

8. Columbus Neurological Associates, P.C. Past Medical History form dated 03/03/92

9. St. Francis Hospital CT Scan of the Head dated 03/06/92

| | Exhibits | Offered | Admitted |
|---|---|---|---|
| 10. | Letter from Charles E. Floyd to Dr. Arthur J. Fountain dated 07/09/92 and Medical Authorization dated 07/09/92 | | |
| 11. | Columbus Regional Medical Center record of 04/25/03 | | |
| 12. | Columbus Regional Medical Center record of 09/24/04 | | |
| 13. | Dr. Ray Paris' office note of 10/05/04 | | |
| 14. | Dr. Ray Paris' office note of 10/14/04 | | |
| 15. | Summer Baker's office note of 10/19/04 | | |
| 16. | Dr. Ray Paris' office note of 11/23/04 | | |
| 17. | Columbus Diagnostic Center MRI of the Cervical Spine dated 12/01/04 | | |
| 18. | Dr. Ray Paris' handwritten note dated 12/05/04 | | |
| 19. | St. Francis Hospital X-ray of Lumbar Spine dated 12/15/04 | | |
| 20. | Dr. William E. Adams' office note dated 01/04/05 | | |
| 21. | Columbus Regional Medical Center record of 01/11/05 | | |
| 22. | Columbus Regional Medical Center EMG/NCV dated 01/12/05 | | |
| 23. | Columbus Regional Medical Center record of 01/27/05 | | |
| 24. | Dr. William E. Adams' office notes dated 01/28/05 and 02/03/05 | | |

| | Exhibits | Offered | Admitted |
|---|---|---|---|
| 25. | Dr. William E. Adams' office note dated 02/21/05 | | |
| 26. | Dr. William E. Adams' letter dated 02/22/05 to Dr. Ray Paris | | |
| 27. | Dr. Ray Paris' office note dated 12/27/05 | | |
| 28. | Columbus Regional Medical Center record of 07/09/06 | | |
| 29. | Photograph of Defendant's vehicle | | |
| 30. | Photograph of Defendant's vehicle | | |
| 31. | Photograph of Defendant's vehicle | | |
| 32. | Diagram of point of initial impact to Defendant's vehicle | | |
| 33. | Diagram of point of initial impact to Plaintiff's vehicle | | |

Copies of all of the above exhibits were hand delivered to the Plaintiff's attorney on the date shown below. The Defendant further adopts his Exhibit List filed on April 16, 2007 and again states that the Defendant may use any blow-ups or enlargements of any of the above exhibits.

/s/ *(signature)*
Stanley A. Martin (MAR049)
Attorney for Defendant
Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served an exact copy of the foregoing Defendant Ryan Fuller Smallwood's List of Trial Exhibits upon the following counsel of record via hand delivery.

Honorable Benjamin H. Parr
Post Office Box 229
Opelika, Alabama 36803


This _26_ day of April, 2007.


                                              Stanley A. Martin