# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
| | ) |
| PLAINTIFFS | ) |
| | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF PLAINTIFF'S EXHIBITS

COMES NOW the Plaintiff, **CYNTHIA GEIGER**, by and through her attorney Benjamin H. Parr, and provides the following list of Plaintiff's Exhibits:

1. Curriculum Vitae of Dr. William E. Adams, M.D., 7 Pages
2. Medical Records from Dr. Adams 1/5/05, 7 Pages
3. Medical Records from Columbus Regional Medical Center 9/24/04 through 1/27/05, 44 Pages
4. Plaintiff's Medical Bills, 8 Pages

Respectfully submitted this the 27th day of April 2007.

                                                    //s// Benjamin H. Parr
                                                  Benjamin H. Parr (PAR-112)
                                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing EXHIBIT LIST to the attorney for the Defendant, Stan Martin, by hand delivery on this the 27th day of April 2007.

      __//s// Benjamin H. Parr__
Benjamin H. Parr
Attorney at Law
410 Second Avenue
Opelika, Alabama 36801
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155