NOTICE - ALL COUNSEL OF RECORD

CIVIL JURY TERM - MAY 14, 2007

SENIOR UNITED STATES DISTRICT JUDGE W. HAROLD ALBRITTON, III


CYNTHIA GEIGER
v. RYAN FULLER SMALLWOOD
3:06cr194-WHA


_____     _____
Benjamin Howard Parr (Plaintiff)          Stanley Allen Martin (Defendant


R. A., JR.
v. WALTER LACEY
3:06cr337-WHA


_____     _____
Arlene M. Richardson (Plaintiff)          C. Winston Sheehan, Jr. (Defendant)