# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
| | ) |
| | ) |
|     PLAINTIFFS | ) |
| | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| | ) |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
|     DEFENDANT. | ) |

## OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

COMES NOW the Plaintiff, ***CYNTHIA GEIGER***, by and through her attorney Benjamin H. Parr, and provides the following objections to the Defendant's list of exhibits:

1. No objection.
2. No objection.
3. No objection.
4. No objection.
5. No objection.
6. No objection.
7. No objection.
8. No objection.
9. No objection.
10. Plaintiff objects to Defendant's proposed Exhibit 10. The letter is not relevant as that concept is defined by FRE 401, and thus inadmissible under FRE 402. Additionally, Plaintiff objects pursuant to FRE 403, in that, if the Court finds proposed Exhibit 10 relevant, the exhibit's minimal probative value is substantially outweighed by the danger of unfair prejudice and confusion of the issues.
11. No objection.
12. No objection.
13. No objection.
14. No objection.

15. No objection.
16. No objection.
17. No objection.
18. Plaintiff objects to Defendant's proposed Exhibit 18, on the grounds that there has been no foundation laid as to the qualifications of Dr. Paris to give the expert opinion contained within Exhibit 18. Dr. Paris is a general practitioner, and his qualifications to give an expert opinion on matters involving the Plaintiff's neck injuries are not on record. Dr. Adams is qualified to give such opinions, and his opinions will be introduced at trial in the form of exhibits and deposition testimony.
19. No objection.
20. No objection.
21. No objection.
22. No objection.
23. No objection.
24. No objection.
25. No objection.
26. No objection.
27. No objection.
28. No objection.
29. No objection.
30. No objection.
31. No objection.
32. No objection.
33. No objection.

Respectfully submitted this the 30th day of April 2007.

_____//s//_____
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing OBJECTIONS to the attorney for the Defendant, Stan Martin, by electronic filing on this the 30th day of April 2007.

                                                                                      //s//  
                                                      Benjamin H. Parr  
                                                      Attorney at Law  
                                                      410 Second Avenue  
                                                      Opelika, Alabama 36801  
                                                      Telephone Number: (334) 745-3333  
                                                      Facsimile Number: (334) 745-3155