# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA GEIGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CASE NO.  3:06cv194-WHA |
| | ) | |
| | ) | |
| RYAN FULLER SMALLWOOD, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## MOTION TO EXTEND DEALINE FOR FILING PROPOSED JURY INSTRUCTIONS

COMES NOW the Plaintiff, by and through her counsel of record, and move this Honorable Court to extend the deadline for filing proposed jury instructions:

1.      The Court's Uniform Scheduling Order mandates filing of proposed jury instructions, motions in limine, and voir dire, no later than two weeks prior to the Trial Date, unless the time is shortened by the Court on motion of either party.

2.      Counsel for Plaintiff is actively attempting to complete jury instructions and voir dire questions, but has been unexpectedly delayed by extended recent court appearances.

3.      Plaintiff will not file any motions in limine.

4.      Counsel for Plaintiff has spoken to counsel for Defendant about this request, and Defense counsel indicated no objection to a 48 hour extension.

WHEREFORE, the Plaintiff respectfully requests a 48 hour extension to file proposed jury instructions and voir dire questions.

Respectfully submitted this the 30th day of April 2007.

_____//s// Benjamin H. Parr_
Benjamin H. Parr (PAR-112)
Attorney for Plaintiff
Ingrum, Rice, & Parr, LLC
410 Second Avenue
Opelika, AL 36803
(334) 745-3333

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day delivered a true and correct copy of the foregoing MOTION to the attorney for the Defendant, Stan Martin, by electronic filing on this the 30th day of April 2007.

_____//s// Benjamin H. Parr_
Benjamin H. Parr
Attorney at Law
410 Second Avenue
Opelika, Alabama 36801
Telephone Number: (334) 745-3333
Facsimile Number: (334) 745-3155