IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
|       Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:06cv194-WHA |
| RYAN FULLER SMALLWOOD, | ) |
|       Defendant(s). | ) |

**ORDER**

Upon consideration of the Defendant's Motion in Limine, Objections to Plaintiff's Identification of Deposition Testimony, and Supplemental Objections to Plaintiff's Exhibits (Doc. ##42, 45, 46), filed on April 30, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before May 7, 2007** why the motions and objections should not be granted or sustained. The motions and objections will be taken under submission on that day.

DONE this 1st day of May, 2007.

                                              /s/ W. Harold Albritton
                                              W. HAROLD ALBRITTON
                                              SENIOR UNITED STATES DISTRICT JUDGE