# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **CYNTHIA GEIGER,** ) | |
| ) | |
| ) | |
|     **PLAINTIFFS** ) | |
| ) | |
| **V.** ) | **CASE NO. 3:06cv194-WHA** |
| ) | |
| ) | |
| **RYAN FULLER SMALLWOOD,** ) | |
| ) | |
|     **DEFENDANT.** ) | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

COMES NOW the Plaintiff, ***CYNTHIA GEIGER***, by and through her attorney Benjamin H. Parr, and submits the following proposed jury instructions for the Court's consideration:

1.    See attached 32 page document.

Respectfully submitted this the 1st day of May 2007

 

                                                                                  //s// Benjamin H. Parr
                                                                                Benjamin H. Parr (PAR-112)
                                                                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing PROPOSED JURY INSTRUCTIONS to the attorney for the Defendant, Stan Martin, by hand delivery on this the 1st day of May 2007.

                                                                                //s// Benjamin H. Parr
                                                Benjamin H. Parr
                                                Attorney at Law
                                                410 Second Avenue
                                                Opelika, Alabama 36801
                                                Telephone Number: (334) 745-3333
                                                Facsimile Number: (334) 745-3155