# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | ) |
| | ) |
| | ) |
|     PLAINTIFFS | ) |
| | ) |
| V. | ) CASE NO. 3:06cv194-WHA |
| | ) |
| | ) |
| RYAN FULLER SMALLWOOD, | ) |
| | ) |
|     DEFENDANT. | ) |

## PLAINTIFF'S PROPOSED VOIR DIRE

COMES NOW the Plaintiff, **CYNTHIA GEIGER**, by and through her attorney Benjamin H. Parr, and submits the following proposed voir dire for the Court's consideration:

1.  The Plaintiff believes that the Court's standard voir dire is sufficient to provide a fair and impartial jury in this case, and proposes that the Court propound all voir dire questions.

Respectfully submitted this the 1st day of May 2007

                                                                                                    //s// Benjamin H. Parr
                                                                                                    Benjamin H. Parr (PAR-112)
                                                                                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this day delivered a true and correct copy of the foregoing PROPOSED VOIR DIRE to the attorney for the Defendant, Stan Martin, by hand delivery on this the 1st day of May 2007.

                                                                  _____//s// Benjamin H. Parr_
                                                               Benjamin H. Parr
                                                               Attorney at Law
                                                               410 Second Avenue
                                                               Opelika, Alabama 36801
                                                               Telephone Number: (334) 745-3333
                                                               Facsimile Number: (334) 745-3155