IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.: 3:06cv194-WHA |
| RYAN FULLER SMALLWOOD, | * |
| Defendant. | * |

## DEFENDANT RYAN FULLER SMALLWOOD'S
## AMENDED TRIAL BRIEF

Comes now the Defendant Ryan Fuller Smallwood and files the following Amended Trial Brief:

### Plaintiff's Trial Brief

Any issue as to the Plaintiff's Trial Brief not being filed is moot. The Defendant's attorney was not aware that the Plaintiff's Trial Brief had been filed on April 23, 2007 until the evening of April 30, 2007. Due to electronic filing and clerical issues, the Plaintiff's Trial Brief was inadvertently not printed; therefore, the Defendant's attorney was under the assumption that the Trial Brief had not been filed. The Plaintiff's Trial Brief was not hand delivered as stated in the Certificate of Service.

_/s/ Stanley A. Martin_
Stanley A. Martin (MAR049)
Attorney for Defendant
Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served an exact copy of the foregoing Amended Trial Brief upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed with first class postage prepaid thereon.

Honorable Benjamin H. Parr
Post Office Box 229
Opelika, Alabama 36803

This 1st day of May, 2007.

_____
Stanley A. Martin