**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

May 8, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Geiger et al v. Smallwood

Case Number:   3:06cv00194-WHA

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to correct the date on the certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 52   filed on   May 7, 2007.**