IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CYNTHIA GEIGER,              )
                             )
        Plaintiff,           )
                             )
vs.                          )   CIVIL ACTION NO. 3:06cv194-WHA
                             )
RYAN FULLER SMALLWOOD,       )
                             )
        Defendant.           )

**ORDER**

The court having been advised that this case has been settled, it is hereby ORDERED as follows:

1. The case is removed from the trial docket of May 14, 2007.

2. The parties are DIRECTED to file a stipulation of dismissal or other appropriate document **by May 23, 2007**.

DONE this 9th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE