IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER | * |
| | * |
| Plaintiff, | * |
| | *     CIVIL ACTION NO.: 3:06cv194-WHA |
| v. | * |
| | * |
| RYAN FULLER SMALLWOOD, | * |
| | * |
| Defendant. | * |

### JOINT MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff Cynthia Geiger, by and through her attorney of record, and the Defendant Ryan Fuller Smallwood, by and through his attorney of record, and jointly move the Court to dismiss with prejudice all claims of the Plaintiff Cynthia Geiger against the Defendant Ryan Fuller Smallwood and any and all other named and fictitious Defendants, and as grounds in support thereof state that this matter has been amicably resolved. Court costs have previously been paid, and no Court costs should be taxed against either party.

/s/ Benjamin H. Parr
Benjamin H. Parr (PAR112)
Attorney for Plaintiff Cynthia Geiger

410 Second Avenue
Opelika, Alabama 36801
(334) 745-3333
(334) 745-3155 FAX

/s/ Stanley A. Martin
_____
Stanley A. Martin (MAR049)
Attorney for Defendant Ryan Fuller Smallwood

Post Office Box 2526
Opelika, Alabama 36803-2526
(334) 749-4142
(334) 749-4131 FAX