IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA GEIGER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RYAN FULLER SMALLWOOD, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:06cv194-WHA |

## **ORDER**

Upon consideration of the Joint Motion to Dismiss with Prejudice (Doc. #56), filed on May 25, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 29th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE